IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARBARA DENNISTON,<br><br>    Plaintiff,<br><br>vs.<br><br>CONAGRA FOODS, INC.,<br><br>    Defendant. | 8:15CV463<br><br>ORDER |

  This matter is before the Court on the parties' Joint Motion for Stay of Progression Deadlines. (Filing No. 31.) The parties have advised the Court that they wish to mediate this dispute, and that the mediation will occur no later than May 31, 2017.

  Upon consideration,

  **IT IS ORDERED:**

  1. The Joint Motion for Stay of Progression Deadlines (Filing No. 31) is granted.

  2. This case is stayed pending the outcome of mediation. During this stay, compliance with the deadlines established by the progression order is not required.

  3. Within seven (7) days of the completion of the mediation, and in no event later than April 3, 2017, the parties shall file a joint report advising the Court as to the outcome of the mediation. In the event the mediation is unsuccessful, the parties shall also submit a proposed amended progression order to the Court at bazis@ned.uscourts.gov.

  4. The clerk of court is directed to set a case management deadline in this case using the following text: "April 3, 2017: Mediation Status Report Due."

  Dated this 31st day of January, 2017.

              BY THE COURT:

              s/ Susan M. Bazis
              United States Magistrate Judge