IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BARBARA DENNISTON, | ) | Case No. 8:15CV463 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER TO DISMISS** |
| vs. | ) | |
| CONAGRA FOODS, INC., | ) | |
| Defendant. | ) | |

This matter is before the Court on the Parties' Stipulation of Voluntary Dismissal ([Filing No. 56](#)). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation of Dismissal with Prejudice, [Filing No. 56](#), is approved;
2. The above-captioned action is dismissed, with prejudice;
3. Any pending motions are terminated; and
4. The Court will not assess costs or attorney's fees.

Dated this 8th day of May, 2018.

BY THE COURT:

  s/ Joseph F. Bataillon_____
Senior United States District Judge